IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NANCY MILNER,                                                      No. CV 07-945-MO

                Plaintiff,                                              JUDGMENT

       v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                Defendant.


**MOSMAN, J.,**

     Based on the record,

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED

and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings

consistent with the Opinion and Order of the court filed July 18, 2008 (#22).

     DATED this  29th  day of July, 2008.

                                    /s/ Michael W. Mosman_____
                                    MICHAEL W. MOSMAN
                                    United States District Judge


PAGE 1 - JUDGMENT